# EXHIBIT A

# LIST OF LOAN DOCUMENTS FOR UPI, PCC AND UPHC LOANS

A.  UPI LOAN DOCUMENTS

1.   Master Loan Agreement
2.   Statused Revolving Credit Supplement
3.   Letters of Credit
4.   Security Agreement
5.   UCC Financing Statements and Other Filings
6.   Certificate of Title Documents
7.   Master Deposit Account Control Agreement
8.   Deposit Account Control Agreement
9.   Assignment for Security Purposes, Pledge and Security Agreement for PCC Stock
10.  Stock Assignment for PCC Stock
11.  Assignment for Security Purposes, Pledge and Security Agreement for National Livestock Producers Association Stock
12.  Stock Assignment for National Livestock Producers Association Stock
13.  Assignment for Security Purposes, Pledge and Security Agreement for National Livestock Credit Corporation Stock
14.  Stock Assignment for National Livestock Credit Corporation Stock
15.  Assignment for Security Purposes, Pledge and Security Agreement for National Producers Service Company Stock
16.  Stock Assignment for National Producers Service Company Stock
17.  Assignment for Security Purposes, Pledge and Security Agreement for Tri-State Livestock Credit Corporation Stock
18.  Stock Assignment for Tri State Livestock Credit Corporation Stock
19.  Assignment for Security Purposes, Pledge and Security Agreement for National Finance Credit Corporation of Texas Stock
20.  Stock Assignment for National Finance Credit Corporation of Texas Stock
21.  Assignment for Security Purposes, Pledge and Security Agreement for UPHC Membership Interest
22.  Assignment of Membership Interest for UPHC
23.  Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Crawford County, Ohio
24.  Deed of Trust and related Amendment to Deed of Trust and Subordination on UPI real property located in Dallas County, Missouri
25.  Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Noble County, Ohio
26.  Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Franklin County, Ohio

| | |
|---|---|
| 27. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Wayne County, Ohio |
| 28. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Preble County, Ohio |
| 29. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Shelby County, Ohio |
| 30. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Galia County, Ohio |
| 31. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Highland County, Ohio |
| 32. | Deed of Trust and related Amendment to Deed of Trust and Subordination on UPI real property located in St. Clair County, Missouri |
| 33. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Fairfield County, Ohio |
| 34. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Washington County, Indiana |
| 35. | Deed of Trust and related Amendment to Deed of Trust and Subordination on UPI real property located in Saline County, Missouri |
| 36. | Deed of Trust and related Amendment to Deed of Trust and Subordination on UPI real property located in Nodaway County, Missouri |
| 37. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Knox County, Ohio |
| 38. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Rush County, Indiana |
| 39. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Williams County, Ohio |
| 40. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Knox Count, Indiana |
| 41. | Mortgage and related Amendment to Mortgage and Subordination on UPI real property located in Auglaize County, Ohio |
| 42. | Deed of Trust and related Amendment to Deed of Trust and Subordination on UPI real property located in Howell County, Missouri |
| 43. | Guarantees from PCC |
| 44. | Security Agreements from PCC |
| 45. | UCC Financing Statements and Other Filings from PCC |
| 46. | Control Agreements from PCC (See complete description in PCC Loan Documents) |
| 47. | Guarantees from UPHC |
| 48. | Security Agreements from UPHC |
| 49. | UCC Financing Statements and Other Filings from UPHC |
| 50. | Mortgages, Deeds of Trust and related Amendments from UPHC (See complete description in UPHC Loan Documents) |
| 51. | Post-Closing Letter Agreement |
| 52. | Tri-State Credit Corporation Letter Agreement |

| 53. | First Amendment to Master Loan Agreement, Statused Revolving Credit Supplement, and Related Documents |
| --- | --- |
| 54. | Second Amendment to Master Loan Agreement, Statused Revolving Credit Supplement, and Related Documents |
| 55. | Third Amendment Letter Agreement |
| 56. | Various related certificates, instruments, agreements, and other documents |

B. PCC LOAN DOCUMENTS

| No. | Document |
| --- | --- |
| 1. | Second Amended and Restated Master Loan Agreement |
| 2. | Statused Revolving Credit Supplement |
| 3. | Security Agreement |
| 4. | UCC Financing Statements and Other Filings |
| 5. | Master Deposit Account Control Agreement |
| 6. | Deposit Account Control Agreement |
| 7. | Guarantees from UPI |
| 8. | Security Agreements from UPI |
| 9. | UCC Financing Statements and Other Filings, Certificates of Title Documents, Control Agreements, Assignments for Security Purposes and Security Agreements, Stock Assignments, and Assignment of Membership Interest from UPI (See complete description in UPI Loan Documents) |
| 10. | Mortgages, Deeds of Trust, and related Amendments and Subordinations from UPI (See complete description in UPI Loan Documents) |
| 11. | Guarantees from UPHC |
| 12. | Security Agreements from UPHC |
| 13. | Financing Statements and Other UCC Filings from UPHC |
| 14. | Mortgages, Deeds of Trust and related Amendments from UPHC (See complete description in UPHC Loan Documents) |
| 15. | First Amendment to Second Amended and Restated Master Loan Agreement, Statused Revolving Credit Supplement, and Related Documents |
| 16. | Second Amendment to Second Amended and Restated Master Loan Agreement, Statused Revolving Credit Supplement, and Related Documents |
| 17. | Third Amendment Letter Agreement |
| 18. | Various related certificates, instruments, agreements, and other documents |

## C. UPHC LOAN DOCUMENTS

| No. | Document |
|---|---|
| 1. | Master Loan Agreement |
| 2. | Single Advance Term Loan Supplement |
| 3. | Security Agreement |
| 4. | UCC Financing Statement and Other Filings |
| 5. | Mortgage and related Amendment to Mortgage on UPHC real property located in Mercer County, Illinois |
| 6. | Mortgage and related Amendment to Mortgage on UPHC real property located in Jo Davies County, Illinois |
| 7. | Mortgage and related Amendment to Mortgage on UPHC real property located in Scott County, Illinois |
| 8. | Mortgage and related Amendment to Mortgage on UPHC real property located in Henry County, Illinois |
| 9. | Mortgage and related Amendment to Mortgage on UPHC real property located in Effingham County, Illinois |
| 10. | Mortgage and related Amendment to Mortgage on UPHC real property located in Wayne County, Illinois |
| 11. | Mortgage and related Amendment to Mortgage on UPHC real property located in Adams County, Illinois |
| 12. | Mortgage and related Amendment to Mortgage on UPHC real property located in Greene County, Illinois |
| 13. | Deed of Trust and related Amendment to Deed of Trust on UPHC real property located in Cape Giradeau County, Missouri |
| 14. | Mortgage and related Amendment to Mortgage on UPHC real property located in LaSalle County, Illinois |
| 15. | Mortgage and related Amendment to Mortgage on UPHC real property located in Adams County, Illinois |
| 16. | Mortgage and related Amendment to Mortgage on UPHC real property located in Marion County, Illinois |
| 17. | Mortgage and related Amendment to Mortgage on UPHC real property located in Shelby County, Illinois |
| 18. | Mortgage and related Amendment to Mortgage on UPHC real property located in Whiteside County, Illinois |
| 19. | Guarantees from UPI |
| 20. | Security Agreements from UPI |
| 21. | UCC Financing Statements and Other Filings, Certificates of Title Documents, Control Agreements, Assignments for Security Purposes and Security Agreements, Stock Assignments, and Assignment of Membership Interest from UPI (See complete description in UPI Loan Documents) |
| 22. | Mortgages, Deeds of Trust, and related Amendments and Subordinations from UPI (See complete description in UPI Loan Documents) |

| No. | Document |
|---|---|
| 23. | Guarantees from PCC |
| 24. | Security Agreements from PCC |
| 25. | UCC Financing Statements and Other Filings from PCC |
| 26. | Control Agreements from PCC (See complete description in PCC Loan Documents) |
| 27. | Various related certificates, instruments, agreements, and other documents |