# EXHIBIT E

# BUDGET

[See attached budget]

EXHIBIT E

United Producers, Inc. and Subsidiaries
Consolidated Statement of Operations

|  | 2005 DIP Plan | | | | | | |
|---|---|---|---|---|---|---|---|
|  | APR | MAY | JUN | JUL | AUG | SEP | TOTAL |
| **Operating Revenue** | | | | | | | |
| Livestock Marketing | $ 783,990 | $ 836,035 | $ 773,263 | $ 820,646 | $ 972,333 | $ 983,698 | $ 5,169,965 |
| Agricultural Financing | 98,596 | 89,394 | 88,748 | 94,039 | 102,131 | 96,979 | 569,886 |
| Member Services | 21,346 | 8,893 | 15,848 | 200,525 | 87,470 | 37,857 | 371,938 |
| Total Revenue | 903,931 | 934,322 | 877,859 | 1,115,209 | 1,161,935 | 1,118,534 | 6,111,790 |
| **Operating Expenses** | | | | | | | |
| Operations | (914,923) | (885,634) | (911,330) | (895,318) | (994,139) | (934,924) | (5,536,269) |
| Corporate | (154,212) | (151,159) | (157,068) | (160,022) | (164,259) | (153,423) | (940,143) |
| Total Operating Expenses | (1,069,135) | (1,036,794) | (1,068,398) | (1,055,341) | (1,158,399) | (1,088,346) | (6,476,412) |
| Income from Operations | (165,204) | (102,472) | (190,539) | 59,869 | 3,536 | 30,188 | (364,622) |
| Interest Expense | (86,949) | (87,624) | (93,534) | (97,429) | (98,604) | (101,773) | (565,912) |
| Net Loss before Closed & Non-recurring | $ (252,153) | $ (190,095) | $ (284,072) | $ (37,561) | $ (95,068) | $ (71,585) | $ (930,534) |
| Closed Operations and Non-recurring | (38,898) | (39,831) | (41,467) | 180,452 | (470) | 1,019 | 60,806 |
| Net Loss from Operations | $ (291,051) | $ (229,927) | $ (325,539) | $ 142,891 | $ (95,538) | $ (70,566) | $ (869,729) |
| Restructuring professional fees | (350,000) | (371,000) | (198,000) | (188,000) | (121,500) | (131,500) | (1,360,000) |
| Net Loss | $ (641,051) | $ (600,927) | $ (523,539) | $ (45,109) | $ (217,038) | $ (202,066) | $ (2,229,729) |

United Producers, Inc. and Subsidiaries
Consolidated Balance Sheet

|  | | 2005 DIP Plan | | | | | |
|---|---|---|---|---|---|---|---|
| As of Month-end | Mar | Apr | May | Jun | Jul | Aug | Sep |
| Cash | $ 408,688 | $ 2,115,084 | $ 2,448,226 | $ 1,877,238 | $ 2,266,094 | $ 2,930,494 | $ 3,002,933 |
| **Receivables** | | | | | | | |
| Livestock marketing | 912,701 | 8,291,974 | 9,732,640 | 7,263,415 | 8,945,013 | 11,818,197 | 12,131,459 |
| Notes and interest | 40,780,737 | 39,710,043 | 38,897,399 | 39,157,516 | 39,468,027 | 38,728,533 | 39,782,960 |
| Agreements and interest | 4,360,000 | 5,709,218 | 5,899,512 | 5,878,785 | 5,875,942 | 5,727,295 | 5,431,423 |
| Other | 317,598 | 129,629 | 129,629 | 129,629 | 129,629 | 129,629 | 129,629 |
| Allowance for doubtful receivables | (3,183,402) | (3,203,402) | (3,223,402) | (3,243,402) | (3,263,402) | (3,283,402) | (3,303,402) |
| Net Receivables | $ 43,187,634 | $ 50,637,463 | $ 51,435,778 | $ 49,185,943 | $ 51,155,210 | $ 53,120,252 | $ 54,172,070 |
| Inventory | 1,171,732 | 720,195 | 510,262 | 783,868 | 933,194 | 825,860 | 737,833 |
| Prepaids and futures (net) | 2,106,707 | 1,856,707 | 1,540,707 | 1,407,707 | 1,274,707 | 1,208,207 | 1,141,707 |
| Long-term notes receivables | 7,382,047 | 7,382,047 | 7,382,047 | 7,382,047 | 7,382,047 | 7,382,047 | 7,382,047 |
| Investments | 6,585,156 | 6,585,156 | 6,585,156 | 6,585,156 | 6,585,156 | 6,585,156 | 6,585,156 |
| PP&E (net) | 5,502,492 | 5,464,918 | 5,427,344 | 5,389,770 | 4,401,952 | 4,372,971 | 4,343,990 |
| Other assets | 133,398 | 133,398 | 133,398 | 133,398 | 133,398 | 133,398 | 133,398 |
| TOTAL ASSETS | $ 66,477,854 | $ 74,894,967 | $ 75,462,918 | $ 72,745,127 | $ 74,131,758 | $ 76,558,386 | $ 77,499,133 |
| Accounts payable and accruals - Pre | $ 2,597,419 | $ 626,561 | $ 626,561 | $ 626,561 | $ 626,561 | $ 626,561 | $ 626,561 |
| Accounts payable and accruals - Post | - | 1,830,235 | 1,489,613 | 1,489,613 | 1,489,613 | 1,489,613 | 1,489,613 |
| Outstanding checks | 250,000 | 10,371,010 | 11,178,350 | 7,225,646 | 9,186,833 | 11,260,913 | 11,716,856 |
| Pension liability | 1,396,328 | 1,396,328 | 1,396,328 | 1,396,328 | 1,396,328 | 1,396,328 | 1,396,328 |
| **Debt** | | | | | | | |
| GE Capital & NPLA | 840,000 | 835,000 | 830,000 | 825,000 | 820,000 | 815,000 | 810,000 |
| CoBank revolver | 60,026,508 | 59,109,285 | 59,816,445 | 61,579,896 | 61,467,731 | 62,042,316 | 62,734,186 |
| CoBank term | 412,281 | 412,281 | 412,281 | 412,281 | - | - | - |
| Total Debt | $ 61,278,789 | $ 60,356,565 | $ 61,058,726 | $ 62,817,177 | $ 62,287,731 | $ 62,857,316 | $ 63,544,186 |
| Minority interest | 2,080,000 | 2,080,000 | 2,080,000 | 2,080,000 | 2,080,000 | 2,080,000 | 2,080,000 |
| Equity | (1,124,682) | (1,765,733) | (2,366,660) | (2,890,199) | (2,935,307) | (3,152,345) | (3,354,411) |
| TOTAL LIABILITIES AND EQUITY | $ 66,477,854 | $ 74,894,967 | $ 75,462,918 | $ 72,745,127 | $ 74,131,758 | $ 76,558,386 | $ 77,499,133 |

United Producers, Inc. and Subsidiaries
Consolidated Statements of Cash Flow

| As of Month-end | 2005 DIP Plan | | | | | | |
|---|---|---|---|---|---|---|---|
| | Apr | May | Jun | Jul | Aug | Sep | Total |
| **Cash from (used by) Operations** | | | | | | | |
| Net income (loss) | $ (641,051) | $ (600,927) | $ (523,539) | $ (45,109) | $ (217,038) | $ (202,066) | $ (2,229,729) |
| Add Back: Depreciation & amortization | 54,241 | 54,241 | 54,241 | 45,648 | 45,648 | 45,648 | 299,667 |
| Less: Gain on sale of assets | - | - | - | (181,364) | - | - | (181,364) |
| Adjusted net income (loss) | (586,810) | (546,686) | (469,298) | (180,824) | (171,390) | (156,418) | (2,111,426) |
| **Changes in Working Capital** | | | | | | | |
| Receivables (net) | (7,449,829) | (798,316) | 2,249,835 | (1,969,267) | (1,965,042) | (1,051,817) | (10,984,435) |
| Inventory | 451,537 | 209,932 | (273,606) | (149,326) | 107,334 | 88,027 | 433,899 |
| Prepaids and futures | 250,000 | 316,000 | 133,000 | 133,000 | 66,500 | 66,500 | 965,000 |
| Accounts payable and accruals | (140,623) | (340,623) | - | - | - | - | (481,245) |
| Outstanding checks | 10,121,010 | 807,340 | (3,952,704) | 1,961,187 | 2,074,079 | 455,943 | 11,466,856 |
| Deferred Payments | - | - | - | - | - | - | - |
| Total Operations | $ 2,645,286 | $ (352,352) | $ (2,312,773) | $ (205,230) | $ 111,481 | $ (597,764) | $ (711,352) |
| **Cash from (used by) Investing Activities** | | | | | | | |
| Reduction (increase) in LT N/R | - | - | - | - | - | - | - |
| Proceeds from sale of PP&E | - | - | - | 1,140,200 | - | - | 1,140,200 |
| Sale (purchase) of Investments | - | - | - | - | - | - | - |
| CAPEX | (16,667) | (16,667) | (16,667) | (16,667) | (16,667) | (16,667) | (100,000) |
| Increase (decrease) in pension liability | - | - | - | - | - | - | - |
| Total Investing Activities | $ (16,667) | $ (16,667) | $ (16,667) | $ 1,123,533 | $ (16,667) | $ (16,667) | $ 1,040,200 |
| **Cash from (used by) Financing Activities** | | | | | | | |
| Net borrowings (repayments) - CoBank | (917,223) | 707,161 | 1,763,451 | (524,447) | 574,586 | 691,870 | 2,295,398 |
| Net borrowings (repayments) - GE Capital | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (30,000) |
| Issue capital retains | - | - | - | - | - | - | - |
| Total Financing Activities | $ (922,223) | $ 702,161 | $ 1,758,451 | $ (529,447) | $ 569,586 | $ 686,870 | $ 2,265,398 |
| Net Increase (Decrease) in Cash | $ 1,706,396 | $ 333,142 | $ (570,988) | $ 388,856 | $ 664,400 | $ 72,439 | $ 2,594,246 |
| Cash - Beginning | 408,688 | 2,115,084 | 2,448,226 | 1,877,238 | 2,266,094 | 2,930,494 | 408,688 |
| Cash - Ending | $ 2,115,084 | $ 2,448,226 | $ 1,877,238 | $ 2,266,094 | $ 2,930,494 | $ 3,002,933 | $ 3,002,933 |